JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KAI WANG,<br>Petitioner,<br>v.<br>JAMES JANECKA et al,<br>Respondents. | Case No. 5:26-cv-04711-DFM<br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus issued on August 31, 2026,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall forthwith release Petitioner Kai Wang (A# 226-117-732) on the conditions of release in effect immediately before his August 18, 2026 re-detention. All other requests for relief in the Petition are denied. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 6, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge